**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Markpol Distributors, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3579454** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **955 Lively Blvd.** **Wood Dale, IL 60191** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **markpoldistributors.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Markpol Distributors, Inc.**                                        Case number (*if known*) _____
            Name

---

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4244__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____                         Relationship _____

District _____  When _____  Case number, if known _____

---

| Debtor | Markpol Distributors, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Markpol Distributors, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  2, 2018**
MM / DD / YYYY

X **/s/ Mark Kozyra**                                    **Mark Kozyra**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Shelly A. DeRousse**                          Date **March  2, 2018**
Signature of attorney for debtor                            MM / DD / YYYY

**Shelly A. DeRousse**
Printed name

**Freeborn & Peters LLP**
Firm name

**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone    **312-360-6315**    Email address    **sderousse@freeborn.com**

**6274798**
Bar number and State

| Debtor | Markpol Distributors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3-2-18
MM / DD / YYYY

X _____    Mark Kozyra
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _____    Date    3/2/2018
Signature of attorney for debtor    MM / DD / YYYY

Shelly A. DeRousse
Printed name

Freeborn & Peters LLP
Firm name

311 South Wacker Drive
Suite 3000
Chicago, IL 60606
Number, Street, City, State & ZIP Code

Contact phone    312-360-6315    Email address    sderousse@freeborn.com

6274798
Bar number and State

## RESOLUTION AUTHORIZING FILING OF
## CHAPTER 11 BANKRUPTCY PETITION
## BY MARKPOL DISTRIBUTORS, INC.

The undersigned, Tadeusz Kozyra, being the sole director of Markpol Distributors, Inc., (the "*Company*"), does hereby (i) certify that he is the sole director on the board of directors of the Company; (ii) consents to the adoption of; and (iii) hereby adopts as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy reorganization under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), and it is in the best interests of the Company to file a petition under chapter 11 of the Bankruptcy Code; and

RESOLVED further that Mark Kozyra (the "*CEO*"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois and effectuate the sale of the Company's assets; and

RESOLVED further that the CEO is authorized to engage and retain the law firm of Freeborn & Peters LLP ("*Freeborn*") on behalf of the Company on all matters related to its chapter 11 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the chapter 11 case.

Effective, this 2nd day of March, 2018.

**Markpol Distributors, Inc.**

By:  Tadeusz Kozyra, Sole Director of
     Markpol Distributors, Inc.

---

**Fill in this information to identify the case:**

Debtor name   **Markpol Distributors, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3-2-18       x _____
                              Signature of individual signing on behalf of debtor

                              **Mark Kozyra**
                              Printed name

                              **Chief Executive Officer**
                              Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Markpol Distributors, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Futuro Foods, Inc. PO Box 8206 Maywood, IL 60153 | Omar Segovia 773-418-2720 | Trade | | | | $493,711.53 |
| Hostess Brands, LLC 1 E. Armour Blvd. Kansas City, MO 64111 | Julie Shellenberger 816-701-4626 | Trade | | | | $284,822.10 |
| Aunt Millie's Bakeries Inc. 350 Pearl St. Fort Wayne, IN 46802 | Judy Bobilya - Feher 260-422-5631 | Trade | | | | $245,728.71 |
| Ford Finance PO Box 790093 Saint Louis, MO 63179 | 800-727-7000 | Vehicle Loan | | $208,753.29 | $0.00 | $208,753.29 |
| Bauducco Foods Inc. 1708 NW 133rd Ave. Miami, FL 33182 | Stefano Mozzi 305-477-9270 | Personal Guarantee | | | | $124,837.24 |
| Penske Truck Leasing 3850 Mannheim Rd. Franklin Park, IL 60131 | Joe Rossi 847-671-0301 | Vehicle Loan | | $116,567.54 | $0.00 | $116,567.54 |
| Isuzu Finance 2500 Westchester Ave. Purchase, NY 10577 | 866-914-9557 | Vehicle Loan for 3 trucks | | $103,688.03 | $0.00 | $103,688.03 |
| PepsiCo 1100 Reynolds Blvd. Winston Salem, NC 27105 | Amanda Patrick 336-896-6003 | Trade | | | | $95,838.20 |
| American Express PO Box 981535 El Paso, TX 79998 | 800-828-4800 | Credit Card | | | | $86,463.07 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Markpol Distributors, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cooling Equipment Svcs Inc.** <br> **141 Garlisch Drive** <br> **Elk Grove Village, IL 60007** | **Mike Hartwig** <br><br> **847-690-0755** | **Trade** | | | | **$74,687.32** |
| **Kraft Heinz Company** <br> **22541 Network Place** <br> **Chicago, IL 60673** | **Kanwar Trideep Singh** <br><br> **214-771-7521** | **Trade** | | | | **$57,756.20** |
| **Ari Food Inc.** <br> **201 Eastern** <br> **Bensenville, IL 60106** | **Joanna Zych** | **Trade** | | | | **$53,127.69** |
| **Food Evolution Inc.** <br> **4260 N. Old River Rd.** <br> **Schiller Park, IL 60176** | **Judd Rosenberg** <br><br> **847-678-3663** | **Trade** | | | | **$44,887.66** |
| **Dot Foods Inc.** <br> **1 Dot Way** <br> **Mount Sterling, IL 62353** | **Jacquelyn Bick** <br><br> **800-366-6482** | **Trade** | | | | **$43,061.48** |
| **Mokate SA** <br> **Strazacka 48** <br> **Zory Poland 44-240** | **Rafal Kolodziejczyk** <br><br> **48-661-304-699** | **Trade** | | | | **$41,047.07** |
| **Hartford Accident & Indemnity** <br> **1 Hartford Plaza** <br> **Hartford, CT 06104** | **Larry Wallace** <br><br> **800-962-6170** | **Insurance** | | | | **$35,847.16** |
| **Kupiec** <br> **Kupiecka 17** <br> **Paprotnia Poland 62-513** | **Justyna Szymkowiak** <br><br> **48-22-35-68-416** | **Trade** | | | | **$35,495.70** |
| **Igar Bridal Inc.** <br> **723 E. Dundee** <br> **Arlington Heights, IL 60004** | **Marcin Giezycki** <br><br> **773-936-2397** | **Trade** | | | | **$34,556.60** |
| **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | **844-887-7275** | **Credit Card** | | | | **$32,146.74** |
| **Labor Solutions Inc.** <br> **729 Pinecrest Drive** <br> **Prospect Heights, IL 60070** | **Robert Moore** <br><br> **847-541-4524** | **Trade** | | | | **$31,822.27** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Markpol Distributors, Inc.** _____  Case No. _____
                                    Debtor(s)                          Chapter  **11**  _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tadeusz Kozyra** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  3-2-18 _____        Signature _____
                                                **Mark Kozyra**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Markpol Distributors, Inc.**                      Case No.
                                 Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:             **99**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    3-2-18                            

**Mark Kozyra/Chief Executive Officer**
Signer/Title

ACF Finco I LP FBO Corporation
PO Box 398954
San Francisco, CA 94139-8954


Acme Import Company
6 East 46th Street, Suite 500
New York, NY 10017


Acme Truck Brake & Supply Co.
2333 Arthur Avenue
Elk Grove Village, IL 60007


AIM National Lease
4944 Belmont Ave., Suite 301
Youngstown, OH 44505


Aksam PLN
UI Karolina 64
Osiek Poland 32-608


Albert N. Panzeca, CPA, Ltd.
881 W. Lake Street
Addison, IL 60101


American Chartered Bank
1199 E. Higgins Road
Schaumburg, IL 60173-4711


American Express
PO Box 981535
El Paso, TX 79998


Anderson Pest Solutions
PO Box 600670
Jacksonville, FL 32260


Ari Food Inc.
201 Eastern
Bensenville, IL 60106


ASAP Express & Logistics
PO Box 1693
Taylor, MI 48180

Aunt Millie's Bakeries Inc.
350 Pearl St.
Fort Wayne, IN 46802

Bauducco Foods Inc.
1708 NW 133rd Ave.
Miami, FL 33182

Bays Corporation
PO Box 1455
Chicago, IL 60690

Buildingstars Operations Inc.
PO Box 419161
Saint Louis, MO 63141

Capital One
PO Box 30285
Salt Lake City, UT 84130

Chicago Paper Products
4701 W. Iowa Street
Chicago, IL 60651

City of Chicago
121 N. LaSalle Street, 7th Floor
Chicago, IL 60602

City of Wood Dale
404 N Wood Dale Rd.
Wood Dale, IL 60191

Coca-Cola North America
PO Box 102703
Atlanta, GA 30368

Comcast Cable
PO Box 3001
Southeastern, PA 19398

Cooling Equipment Svcs Inc.
141 Garlisch Drive
Elk Grove Village, IL 60007

Counry Fresh Meats
9902 Weston Ave.
Schofield, WI 54476


Daniele, Inc.
1000 Daniele Drive
Mapleville, RI 02839


Dannon Company, Inc.
PO Box 2291
Carol Stream, IL 60132-2291


Direct Energy
1001 Liberty Ave.
Pittsburgh, PA 15222


Distribution Point, Inc.
2703 Highway 6 South, Suite 280
Houston, TX 77082


Dot Foods Inc.
1 Dot Way
Mount Sterling, IL 62353


E & G Group Inc.
2600 Washington Ave.
Bartlett, IL 60103


Eagle Distributors, Inc.
1111 N. taft Ave.
Berkeley, IL 60163


Epta America, L.L.C.
50 Morton St., Unit A
East Rutherford, NJ 07073-1621


FAGE USA Dairy Industry Inc.
1 Opportunity Drive
Johnstown, NY 12095


Fairplay Packaging, LLC
2200 Dickinson Rd.,
Unit 15, Suite B
De Pere, WI 54115

Ferrero USA
26034 Network Place
Chicago, IL 60673


Fleetmatics
1100 Winter Street, Suite 4600
Waltham, MA 02451


Food Evolution Inc.
4260 N. Old River Rd.
Schiller Park, IL 60176


Ford Finance
PO Box 790093
Saint Louis, MO 63179


Freight Quote


Fresh Express Inc.
PO Box 202729
Dallas, TX 75320


Futuro Foods, Inc.
PO Box 8206
Maywood, IL 60153


GIS Benefits
PO Box 1806
San Antonio, TX 78296


Gordon Transport, Inc.
608 Glacier Trail
Roselle, IL 60172


Hartford Accident & Indemnity
1 Hartford Plaza
Hartford, CT 06104


Health-Ade, LLC
2012 Abaolone Ave., Unit A
Torrance, CA 90501

Helio
UI Sloneczna 26
Zaborow Poland 05-083

Herbruck's Poultry Ranch Inc.
6425 W. Grand River Avenue
Saranac, MI 48881

Hostess Brands, LLC
1 E. Armour Blvd.
Kansas City, MO 64111

Igar Bridal Inc.
723 E. Dundee
Arlington Heights, IL 60004

Illinois Tollway
PO Box 5382
Chicago, IL 60680-5382

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 16101-7346

Isuzu Finance
2500 Westchester Ave.
Purchase, NY 10577

John Volpi & Co.
5263 Northrup Ave.
Saint Louis, MO 63110

Kia Motors Finance
PO Box 650805
Dallas, TX 75265

Konica Minolta Premier Finance
PO Box 35701
Billings, MT 59107-5701

Kraft Heinz Company
22541 Network Place
Chicago, IL 60673

Kruger North America, Inc.
1033 South Boulevard, Suite 200
Oak Park, IL 60302


Kupiec
Kupiecka 17
Paprotnia Poland 62-513


Labor Solutions Inc.
729 Pinecrest Drive
Prospect Heights, IL 60070


LaSalle Bank National Association
135 S. LaSalle Street
Chicago, IL 60606-4177


Lone Elm Trucking Inc.
PO Box 68
Van Dyne, WI 54979


Lowell International Co.
9234 W. Belmont Ave.
Franklin Park, IL 60131


MANT Logistics
3860 Cypress Lane
Bethlehem, PA 18020


MB Financial Bank c/o Greiman, Rom
& Griesmeyer, LLC, Adam B. Rome
2 N. LaSalle St., Ste 1601
Chicago, IL 60602


MBM-Trans Corp.
9020 S. 85th Ave.
Hickory Hills, IL 60457


Mokate SA
Strazacka 48
Zory Poland 44-240


Mokate Sp Zoo
UI Strazacka 48
Zory Poland 44-240

Monarch Fire Protection, Inc.
645 S. Joliet St
West Chicago, IL 60185


Nasza Chata
UI Mlynska 32
Brusy Poland 89-632


Park City Group
299 S. Main Street, Suite 2370
Salt Lake City, UT 84111


Penske Truck Leasing
3850 Mannheim Rd.
Franklin Park, IL 60131


PepsiCo
1100 Reynolds Blvd.
Winston Salem, NC 27105


Perfect Bar, LLC
3931 Sorrento Valley Blvd., #100
San Diego, CA 92121


PNC Bank
PO Box 5570
Mailstop BR-YB58-01-5
Cleveland, OH 44101-0570


Portable Power Wash
2718 Connolly Ln.
West Dundee, IL 60118


Precision Bus Truck Service LLC
710 Larson
Bensenville, IL 60106


Quill
PO Box 37600
Philadelphia, PA 19101


Rieff, Schram, Kanter & Guttman
100 N. LaSalle Street, 23rd Floor
Chicago, IL 60602

Riegelein
Tiembacher Strabe 11-13 D-90556
Germany 90556


RS&S Law Offices
3 Hawthorn Parkway, Suite 370
Vernon Hills, IL 60061


Ryder Truck Rentral Inc.
c/o Teller, Levit & Silvertrust PC
19 S. LaSalle Street, #701
Chicago, IL 60603


Sabra Dipping Company LLC
PO Box 9452
Uniondale, NY 11555


Sherwood Food Distributors
12499 Evergreen Rd
Detroit, MI 48228


Silver Trans Inc.
1944 Blue Heron Circle
Bartlett, IL 60103


Solid Logisitics
UI Smolenskiego
Warszawa Poland 01-698


Star Snacks Co. LLC
105 Harbor Drive
Jersey City, NJ 07305


Stark Group International
200 Forest Drive, Suite 10
Greenvale, NY 11548


State of Illinois
DuPage Recorder of Deeds
421 N. County Farm Road
Wheaton, IL 60187


T-Mobile
PO Box 742596
Cincinnati, OH 45274

Testa Produce Inc.
PO Box 87618, Dept. 10222
Chicago, IL 60680


Tetra Pak Inc.
Dept Ch 10803
Palatine, IL 60055-0803


The Deli Source, Inc.
937 Carney Court
Antioch, IL 60002


Tierra Nueva Fine Cocoa, LLC
1130 NW 159th Drive
Miami, FL 33169


Toyota Motor Credit Corporation
PO Box 3457
Torrance, CA 90510-3457


Twin Logisitics Group
9239 Gross Point Road
Skokie, IL 60077


Uline
PO Box 88741
Chicago, IL 60680


Vobro PLN
UI Podgorna 78
Brodnica Poland 87-300


WTA USA Inc.
1699 Wall Street, Suite 212
Mount Prospect, IL 60056


Ziccardi Law Offices
77 W. Washington Street, Suite 705
Chicago, IL 60602


Zumtek
7440 W. Winnemac Avenue
Harwood Heights, IL 60706

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Markpol Distributors, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Markpol Distributors, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  2, 2018**

Date

**/s/ Shelly A. DeRousse**

**Shelly A. DeRousse**

Signature of Attorney or Litigant

Counsel for   **Markpol Distributors, Inc.**

**Freeborn & Peters LLP**
**311 South Wacker Drive**
**Suite 3000**
**Chicago, IL 60606**
**312-360-6315**
**sderousse@freeborn.com**